**Dismiss and Opinion Filed February 23, 2022**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00654-CV

**LORI COHEA, Appellant**
**V.**
**BOLTEN VENTURES, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02951-2021**

## MEMORANDUM OPINION
Before Justices Partida-Kipness, Reichek, and Goldstein
Opinion by Justice Partida-Kipness

After appellant failed to respond to our inquiry regarding the reporter's record, we ordered her to file her brief by January 16, 2022. When she failed to do so, we directed her by postcard to file the brief within ten days and cautioned her that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has failed to comply. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.3(a)(1); 42.3(b),(c).

/Robbie Partida-Kipness/
210654f.p05
ROBBIE PARTIDA-KIPNESS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

LORI COHEA, Appellant

No. 05-21-00654-CV     V.

BOLTEN VENTURES, Appellee

On Appeal from the County Court at Law No. 6, Collin County, Texas Trial Court Cause No. 006-02951-2021.
Opinion delivered by Justice Partida-Kipness. Justices Reichek and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 23rd day of February, 2022.